IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOEY J. HICKS,

    Plaintiff,

v.

SHERIFF SAM WOLLIN, CAPT. LES BECKMAN,
INVESTIGATOR BRENT YORK,
SARGEANT DORTHY JONES,
SARGEANT RYAN NELSON, OFFICE NICK PONTO,
OFFICER NICOLE HARRINGTON,
OFFICE DARAN BABCOCK,
DIST. ATTY. TANIA M. BONNETT and
AAG KARIE D. CATTANACH,

    Defendants.

ORDER

15-cv-395-jdp

---

On June 25, 2015, the clerk's office received a submission from *pro se* filer Joey Hicks, an inmate at the Columbia Correctional Institution. The clerk of court opened the submission as a new civil action and assigned it the above-referenced case number. On July 2, 2015, Hicks filed a letter saying that it was not his intention to file a civil lawsuit.

Upon review of plaintiff's June 25 submission, it appears on its face to be a complaint. The submission has a case caption, statement of claim, and request for relief. On the other hand, in his request for relief Hicks asks for a copy of the statute of limitations, a copy of the court's local rules, forms for filing a 42 U.S.C. § 1983 action, an "order" stating the amount of the filing fee,[1] and forms for appointment of counsel. Construing Hicks's *pro se* submission generously, I will accept his argument that the submission was not intended to initiate a civil

---

[1] For Hicks's information, the filing fee for a civil lawsuit is $400, unless it is determined that the filer is indigent, in which case the filing fee is $350.

lawsuit, so I will dismiss this case and the filing fee will be waived. Hicks should be aware that because he has not initiated a lawsuit, any statute of limitations applicable to a potential claim will continue to run, unless the limitation period is tolled for some other reason.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice, and plaintiff will owe no filing fee.

Entered July 16, 2015.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge